Case 1:21-cr-00759-PKC Document 20 Filed 04/12/22 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2022

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Gomez*, 21 Crim. 759 (PKC)

Dear Judge Castel:

The Government writes with the consent of the defendant to request an exclusion of Speedy Trial time between April 26, 2022 and May 24, 2022. The defendant has requested a change-of-plea conference, and the Court has scheduled that conference for May 24. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

---

*Handwritten note from Judge:*

Time excluded under the STA until May 24, 2022 in the interests of justice for the reasons stated in the government's letter of April 12, 2022.

SO ORDERED

/s/ [Judge signature]
USDJ
4-14-22