UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                           21-cr-759 (PKC)

      -against-                                        ORDER

CARLOS GOMEZ,

                               Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The conference scheduled for April 26, 2022 is vacated.


        SO ORDERED.

                                                     P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
        April 25, 2022