Sentencing is adjourned from
September 14, 2022 to
November 2, 2022 at 11:00 a.m.
in Courtroom 11D.
SO ORDERED.
Dated:  8/31/2022

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

August 29, 2022

**BY ECF**
The Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Carlos Gomez; 21 Cr. 759 (PKC)**

Dear Judge Castel:

I represent Carlos Gomez in the above-referenced matter.  On May 24, 2022, Mr. Gomez pled guilty to a lesser included offense of Count One pursuant to a plea agreement with the Government.  Sentencing is scheduled for September 14, 2022.

I write, without objection from the Government, to respectfully request that the Court adjourn sentencing for 30 to 45 days.  Since Mr. Gomez pled guilty, I have been in the process of gathering information through interviews with family members and friends, related to his history and background, positive characteristics, and other important mitigating information.  Additionally, I am continuing to collect letters in support of Mr. Gomez from those in the United States and in Mexico.  As such, an adjournment is necessary to complete this work and prepare my sentencing submission for the Court.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti